IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

**Ranyer Rodriguez**

     Debtor(s).

CASE NO. 14-10006-LMI
CHAPTER   7

_____/

**POST SALE MOTION FOR RELIEF FROM STAY**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR ASSET BACKED SECURITIES TRUST, 2006-FRE2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FRE2 ("Movant"), its successors and/or assigns, seeking modification of the automatic stay pursuant to § 362(d)(1) and (d)(2) of the Bankruptcy Code and would show the Court as follows:

1.   On January 02, 2014, Ranyer Rodriguez ("Debtor" as used herein shall include both Debtors in a joint case), filed for relief under Chapter 7 of the U.S. Bankruptcy Code.

2.   Jurisdiction of this cause is granted to the Bankruptcy Court pursuant to 28 U.S.C. § 1334, 11 U.S.C. § 362, and Fed.R.Bankr.P. 4001(a), and all other applicable rules and statutes affecting the jurisdiction of the Bankruptcy Courts generally.

3   On November 6, 2012, the Circuit Court entered a Final Summary Judgment of Foreclosure (the "Final Judgment") in favor of Movant as to the property described below:

> **LOT 10, BLOCK 1, OF BLAKE SUBDIVISION, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 43, AT PAGE 41, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA**
>
> **a/k/a 3211 NW 6TH ST AND**
>
> **3213 NW 6TH ST, MIAMI, FL 33125.**

A copy of the Final Judgment is attached hereto as Exhibit "A."

4.   The subject property was sold at public sale on July 31, 2013 and U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR ASSET BACKED SECURITIES TRUST, 2006-FRE2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FRE2

was the highest bidder at the sale.   The Clerk of Court issued the Certificate of Sale on August 5, 2013.    A copy of the Certificate of Sale is attached hereto as Exhibit "B."

5. A Certificate of Title was issued on August 20, 2013.   A copy of the Certificate of Title is attached hereto as Exhibit "C."

6. In order to recover possession of the property and premises, Movant must obtain a Writ of Possession from the Clerk of Court; therefore, Movant must obtain relief from the stay.

7. Movant is entitled to relief from the stay pursuant to 11 U.S.C. 362 (d)(1) and (2). The Debtor has no remaining title interest in the subject property and wrongfully holds possession of the premises.

8. Movant requests that the Court waive the 14-day stay period imposed by the order terminating the stay under Fed.R.Bankr.P. 4001(a)(3).

9. Movant has incurred attorney's fees in the amount of $750.00 and costs in the amount of $176.00 as a result of the necessity of filing this Motion.   Said attorney's fees and costs may be recoverable pursuant to state law and the mortgage documents.

**WHEREFORE**, Movant prays that this Court enter an order modifying the automatic stay under 11 U.S.C. § 362(d) to permit Movant to take all steps necessary to exercise any and all rights it may have in the collateral described herein, to gain possession of said collateral, and to have such other and further relief as is just.

### CERTIFICATE PURSUANT TO LOCAL RULE 9073-1(D)

Debtor is a pro se litigant, therefore a hearing is required.

Ronald R Wolfe & Associates, P.L.
Post Office Box 25018
Tampa, FL 33622-5018
(813) 251-4766 Ext: 3039
Fax: 813-251-1541
Email: bkatt@wolfelawfl.com

By: /s/ REKA BEANE
Reka Beane
Florida Bar No. 0052919
ATTORNEY FOR Movant

B14000354

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the foregoing Motion for Relief from Stay have been furnished by regular U.S. Mail to all parties listed below this 16 day of January, 2014.

Ranyer Rodriguez
3211 NW 6th Street
Miami,   FL   33125

I HEREBY CERTIFY that copies of the foregoing Post Sale Motion for Relief from Stay have been furnished by Electronic Mail to all parties listed below this 16 day of January, 2014.


Maria Yip, Trustee
trustee@yiplevi.com

Ronald R Wolfe & Associates, P.L.
Post Office Box 25018
Tampa, FL 33622-5018
(813) 251-4766 Ext: 3039
Fax: 813-251-1541
Email: bkatt@wolfelawfl.com

By: /s/ REKA BEANE
Reka Beane
Florida Bar No. 0052919
ATTORNEY FOR U.S. BANK NATIONAL
ASSOCIATION, AS TRUSTEE FOR
MASTR ASSET BACKED SECURITIES
TRUST, 2006-FRE2, MORTGAGE
PASS-THROUGH CERTIFICATES,
SERIES 2006-FRE2