Proposed Order Exhibit

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

**Ranyer Rodriguez**

    Debtor(s).

CASE NO. 14-10006-LMI
CHAPTER: 7

_____/

ORDER GRANTING
U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR ASSET BACKED
SECURITIES TRUST, 2006-FRE2, MORTGAGE PASS-THROUGH CERTIFICATES,
SERIES 2006-FRE2
POST SALE MOTION FOR RELIEF FROM STAY

    THIS CAUSE came on for consideration pursuant to the Motion For Relief From Stay (Doc # _____) filed by U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR ASSET BACKED SECURITIES TRUST, 2006-FRE2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FRE2 ("Movant"), a secured creditor in the above-styled cause. The Court, having considered said Motion and the Certificate of No Response, finds it appropriate to grant relief under Local Rule 4001-1(C) without further notice or hearing.

Therefore, it is

    ORDERED as follows:

    1.    The Motion for Relief From Stay filed by U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR ASSET BACKED SECURITIES TRUST, 2006-FRE2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FRE2 is granted.

    2.    The automatic stay provided by 11 U.S.C. 362 is modified as to U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR ASSET BACKED SECURITIES TRUST, 2006-FRE2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FRE2, its Successors and Assigns.   Accordingly, the automatic stay is modified to permit the Movant, its successors and/or assigns, to commence, prosecute and complete through judgment, sale, certificate of title and possession, a mortgage foreclosure against real property, the legal description of which is described below.

    **LOT 10, BLOCK 1, OF BLAKE SUBDIVISION, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 43, AT PAGE 41, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA**

    **a/k/a 3211 NW 6TH ST AND**

    **3213 NW 6TH ST, MIAMI, FL 33125.**

    3.    This Order is entered for the sole purpose of allowing U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR ASSET BACKED SECURITIES TRUST, 2006-FRE2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FRE2, its Successors and/or Assigns, to commence, prosecute and complete through judgment, sale, certificate of title and possession, a mortgage foreclosure against the property described above. U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR ASSET BACKED SECURITIES TRUST, 2006-FRE2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FRE2, its Successors and/or Assigns, shall not seek or obtain an *in personam* judgment against the Debtor(s).

    ###

Submitted by:
Reka Beane
FLORIDA BAR NO. 0052919
Ronald R Wolfe & Associates, P.L.
P.O. Box 25018
Tampa, Florida   33622-5018
Phone   (813) 251-4766
Fax   (813) 251-1541
bkatt@wolfelawfl.com

B14000354
The Movant is directed to serve copies of this order on the parties listed and file a certificate of service with the Court.


Ranyer Rodriguez
3211 NW 6th Street
Miami,   FL 33125

Maria Yip, Trustee
2 S. Biscayne Blvd #2690
Miami,   FL 33131


Ronald R Wolfe & Associates, P.L.
P.O. Box 25018
Tampa, Florida   33622-5018